UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

OCT 1 3 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SHARQAWI ABDU ALI AL-HAAG., et al )
)
    Petitioners, )
)
    v. )   Civil Action No. 1:09-cv-00745 (RCL)
)
BARACK H. OBAMA, )
President of the United States, *et. al.*, )
)
    Respondents. )
)

**[PROPOSED] ORDER GRANTING PETITIONER SHARQAWI ABDU ALI AL-HAAG'S (ISN 1457) ENLARGEMENT OF TIME TO RESPOND TO RESPONDENTS' MOTION FOR LEAVE TO FILE MOTION FOR EXPEDITED JUDGMENT**

Upon consideration of the Unopposed Motion by Petitioner Sharqawi Abdu Ali Al-Haag

(ISN 1457) To Enlarge Time to Respond to Respondents' Motion for Expedited Judgment,

which Respondents do not oppose, and the record herein, it is hereby ordered that the Motion for

Enlargement of Time to Respond is GRANTED, and Petitioner shall have until October 27, 2011

to respond to Respondents' Motion for Expedited Judgment.

    SO ORDERED.

Dated: _10/12/11_

                            **ROYCE C. LAMBERTH**
                            **CHIEF JUDGE**